UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH BARQUIN,

     Plaintiff,

v.                                CASE NO.: 8:10-cv-875-T-23AEP

VERIZON FLORIDA, LLC,

     Defendant.

_____/

## ORDER

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the plaintiff voluntarily

dismisses (Doc. 17) this action without prejudice.  Accordingly, this action is

**DISMISSED WITHOUT PREJUDICE**,[1] and the Clerk is directed to (1) terminate any

pending motion and (2) close the case.

ORDERED in Tampa, Florida, on June 22, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] To the extent that a settlement agreement or "side deal" underlies the plaintiff's dismissing this action, the agreement (absent court review and approval) is ineffective, unenforceable, and precludes no future action by the plaintiff pursuant to the Fair Labor Standards Act.  Dees v. Hydradry, Inc., __ F. Supp. 2d __, 2010 WL 1539813 (M.D. Fla. Apr. 19, 2010).